UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

      v.                                                                          1:06-cr–237

AARON S SEIDEL,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## **DECISION and ORDER**

      Upon further consideration, the December 20, 2006 Order that Defendant be detained pending sentencing is hereby VACATED.

IT IS SO ORDERED.

Dated:    December 21, 2006

_____
Thomas J. McAvoy
Senior, U.S. District Judge